STEPHEN J. SCHULTZ, SBN 90187
sschultz@mgfllp.com
CHAD T. WISHCHUK, SBN 214779
cwishchuk@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

FILED
08 APR -1 AM 10:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for Defendant ISEC, Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>Plaintiff,<br><br>v.<br><br>ISEC, INCORPORATED,<br>an unknown business entity ;<br>and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 08 CV 0593 BTM LSP<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2007-00084794-CU-WT-CTL)<br><br>DEFENDANT ISEC, INCORPORATED'S DISCLOSURE STATEMENT<br><br>Assigned to:<br>Hon. _____, Dept. ___ |

Pursuant to Fed R. Civ. P. 7.1 and Civ. R. 40.2, defendant ISEC, Incorporated files this Disclosure Statement. ISEC does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock.

DATED: April 1, 2008

Respectfully submitted,

MARKS, GOLIA & FINCH, LLP

By: _____
STEPHEN J. SCHULTZ
CHAD T. WISHCHUK
Attorneys for Defendant ISEC, Incorporated

1246.002 (DC)/CTW1366.am

DEFENDANT ISEC, INCORPORATED'S DISCLOSURE STATEMENT