STEPHEN J. SCHULTZ, SBN 90187,
sschultz@mgfllp.com
CHAD T. WISHCHUK, SBN 214779
cwishchuk@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

FILED

08 APR -1  AM 10:41

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____    DEPUTY

Attorneys for Defendant ISEC, Incorporated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>     Plaintiff,<br><br>v.<br><br>ISEC, INCORPORATED,<br>an unknown business entity ;<br>and DOES 1 through 50, inclusive,<br><br>     Defendants. | CASE NO:<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2007-00084794-CU-WT-CTL)<br><br>DECLARATION OF R. G. SPRINGER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)<br><br>Assigned to:<br>Hon. _____ , Dept. |

I, R.G. Springer, declare:

1.    I am the Director Of Human Resources for ISEC, Incorporated ("ISEC"). I am familiar with ISEC's operations and with the employment of Josephine R. Zomayah, the plaintiff in the above-captioned action. If called upon to testify, I can truthfully and competently do so based upon my personal knowledge.

2.    ISEC is incorporated under the laws of the state of Colorado and has its principal place of business in Englewood, Colorado.

3.    I am informed and believe that Zomahay's residence is 547 North First Street, San Diego, California, 92021. This is the last address she provided

DECLARATION OF R.G. SPRINGER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

1 | to ISEC.

2 |     4.    Zomayah claims she was employed by ISEC. Without admitting
3 | that this was true, her employment covered the period from approximately
4 | November 10, 2004 until about January 3, 2008. Throughout her employment,
5 | Zomayah was paid an hourly wage rate of $14.52 per hour. She was employed
6 | full-time for approximately 1664-2080 hours per year. Zomayah's annual wages,
7 | therefore, exceeded $24,161.28.

8 |     5.    Zomayah also received employee benefits in various forms
9 | including paid vacation, paid holidays, medical and dental insurance coverage,
10 | life insurance and long term disability benefits, a potential, annual cash bonus,
11 | and the opportunity to receive matching 401(k) contributions. These non-wage
12 | benefits carry an annual approximate cost value of at least $7,116.76.

13 |     I declare under penalty of perjury under the law of the United States of
14 | America that the foregoing is true and correct and that this declaration was
15 | executed on March 31, 2008.

_R.G. Springer_ (signature)

R.G. SPRINGER

1246.002 (DC)/CTW1368.am

2

DECLARATION OF R.G. SPRINGER IN SUPPORT OF NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(b)

MARKS, GOLIA &
FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000