STEPHEN J. SCHULTZ, SBN 90187
sschultz@mgfllp.com
CHAD T. WISHCHUK, SBN 214779
cwishchuk@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

FILED
08 APR -1 AM 10:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for Defendant ISEC, Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>        Plaintiff,<br><br>v.<br><br>ISEC, INCORPORATED,<br>an unknown business entity ;<br>and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO:<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2007-00084794-CU-WT-CTL)<br><br>PROOF OF SERVICE BY MAIL<br><br>Assigned to:<br>Hon. _____, Dept. _____ |

I, Ada Meraz, declare that:

I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where the mailing occurs; and my business address is 3900 Harney Street, First Floor, San Diego, California 92110-2825. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s): (1) CIVIL CASE COVER SHEET; (2) NOTICE OF REMOVAL OF ACTION UNDER 28

PROOF OF SERVICE BY MAIL

U.S.C. § 1441(b); (3) DECLARATION OF R. G. SPRINGER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b); AND (4) DEFENDANT ISEC, INCORPORATED'S DISCLOSURE STATEMENT, by placing a copy thereof in a separate envelope for each addressee listed as follows:

| | |
|---|---|
| Timothy L. Brictson, Esq.<br>H. Anthony Harris, Esq.<br>Law Office of Brictson & Cohn<br>2214 Fifth Avenue<br>San Diego, California 92101<br>Telephone: (619) 296-9387<br>Facsimile: (619) 232-0583 | ATTORNEYS FOR PLAINTIFF<br>JOSEPHINE ZOMAYAH |

I then sealed the envelope(s) and, with the postage thereon fully prepaid, either deposited it/each in the United States Postal Service or placed it/each for collection and mailing on April 1, 2008, at San Diego, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2008.

_____
Ada Meraz

1246.002/Proof.am

2

PROOF OF SERVICE BY MAIL

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000