STEPHEN J. SCHULTZ, SBN 90187
sschultz@mgfllp.com
CHAD T. WISHCHUK, SBN 214779
cwishchuk@mgfllp.com
**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

Attorneys for Defendant ISEC, Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>    Plaintiff,<br><br>v.<br><br>ISEC, Incorporated,<br>an unknown business entity ;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO: 08 CV 0593 BTM LSP<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2007-00084794-CU-WT-CTL)<br><br>NOTICE OF ASSOCIATION OF STEPHEN J. SCHULTZ, MARKS, GOLIA & FINCH, LLP, AS ADDITIONAL COUNSEL FOR DEFENDANT ISEC, INCORPORATED<br><br>Assigned to:<br>Hon. Barry Ted Moskowitz, Dept. 15 |

PLEASE TAKE NOTICE that Stephen J. Schultz, State Bar No. 90187, e-mail: sschultz@mgfllp.com of Marks, Golia & Finch, LLP is associated as additional counsel for defendant ISEC, Incorporated.

DATED: April 7, 2008                                Respectfully submitted,

                                                    MARKS, GOLIA & FINCH, LLP


                                                    By: /s/Stephen J. Schultz, Esq.
                                                         STEPHEN J. SCHULTZ
                                                    Attorneys for ISEC, Incorporated

1246.002/sjs180.bdp

NOTICE OF ASSOCIATION OF STEPHEN J. SCHULTZ AS ADDITIONAL COUNSEL FOR DEFENDANT ISEC, INCORPORATED

                                                    CASE NO. 08 CV 0593 BTM LSP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 7th day of April 2008 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

H. Anthony Harris, Esq.
TonyHarris@workpain.com

DATED:  April 7, 2008  MARKS, GOLIA & FINCH, LLP

By: /s/Stephen J. Schultz, Esq.
E-mail:  sschultz@mgfllp.com
Attorneys for
Defendant ISEC, Incorporated

2

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

CERTIFICATE OF SERVICE

CASE NO. 08 CV 0593 BTM LSP