**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ZOMAYAH _____ v. ISEC _____ No. 08-0593-BTM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. _____
                              Attorneys
        Plaintiffs                                        Defendants

_____        _____

_____        _____

_____        _____


The date and time of the Settlement Disposition Conference on June 24, 2008 at 4:00 PM is vacated and reset for July 2, 2008 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.


DATED: June 23, 2008


                                        _____
                                        Hon. Leo S. Papas
                                        U.S. Magistrate Judge