UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALFIRONIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>    Plaintiff,<br><br>v.<br><br>ISEC, INCORPORATED,<br>an unknown business entity;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants | CASE NO. 08-0593-BTM (LSP)<br><br>**REQUEST FOR DISMISSAL** |

TO THE CLERK AND JUDGES OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the parties have agreed and do hereby jointly file this REQUEST FOR DISMISSAL of the above entitled case.

Respectfully Submitted,

LAW OFFICE OF BRICTSON & COHN

BY: _____
H Anthony Harris
Attorney for Plaintiff
Josephine R. Zomayah

MARKS, GOLIA & FINCH, LLP

BY: _____
Chad Wishchuk
Attorney for Defendant
ISEC, Inc.

BRICTSON & COHN
ATTORNEYS AT LAW
SAN DIEGO

1

REQUEST FOR DISMISSAL