CHAD T. WISHCHUK, SBN 214779
MARK T. BENNETT, SBN 89061

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

Attorneys for Defendant ISEC, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

CENTRAL DIVISION

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH, | CASE NO: 37-2007-00084794-CU-WT-CTL |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | Assigned to:<br>Hon. Judith F. Hayes, Dept. 68 |
| ISEC, INCORPORATED,<br>an unknown business entity;<br>and DOES 1 through 50, inclusive, | Complaint Filed:   December 28, 2007<br>Trial Date:          Not Set |
| Defendants. | |

I, Ada Meraz, declare that:

I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where the mailing occurs; and my business address is 3900 Harney Street, First Floor, San Diego, California 92110-2825. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s): REQUEST FOR DISMISSAL, by placing a copy thereof in a separate envelope for each addressee listed as follows:

/ / / / /

/ / / / /

/ / / / /

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Timothy L. Brictson, Esq. | ATTORNEYS FOR PLAINTIFF |
| 2 | H. Anthony Harris, Esq.<br>Law Office of Brictson & Cohn | JOSEPHINE ZOMAYAH |
| 3 | 2214 Fifth Avenue<br>San Diego, California 92101 | |
| 4 | Telephone:   (619) 296-9387<br>Facsimile:    (619) 232-0583 | |

I then sealed the envelope(s) and, with the postage thereon fully prepaid, either deposited it/each in the United States Postal Service or placed it/each for collection and mailing on July 1, 2008, at San Diego, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2008.

_____
Ada Meraz

1246.002/Proof.am

2

CERTIFICATE OF SERVICE

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000