CHAD T. WISHCHUK, SBN 214779
cwishchuk@mgfllp.com
**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

Attorneys for Defendant ISEC, Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>    Plaintiff,<br><br>v.<br><br>ISEC, Incorporated,<br>an unknown business entity ;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO: 08-cv-00593-BTM-LSP<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2007-00084794-CU-WT-CTL)<br><br>AMENDED CERTIFICATE OF SERVICE<br><br>Assigned to:<br>Hon. Leo S. Papas |

I, Ada Meraz, declare that:

I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where the mailing occurs; and my business address is 3900 Harney Street, First Floor, San Diego, California 92110-2825. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary

/ / / / /

/ / / / /

1  course of business. I caused to be served the following document(s): REQUEST
2  FOR DISMISSAL, by placing a copy thereof in a separate envelope for each
3  addressee listed as follows:

4  Timothy L. Brictson, Esq.                ATTORNEYS FOR PLAINTIFF
   H. Anthony Harris, Esq.                  JOSEPHINE ZOMAYAH
5  Law Office of Brictson & Cohn
   2214 Fifth Avenue
6  San Diego, California 92101
   Telephone:   (619) 296-9387
7  Facsimile:   (619) 232-0583

8      I then sealed the envelope(s) and, with the postage thereon fully prepaid,
9  either deposited it/each in the United States Postal Service or placed it/each for
10 collection and mailing on July 1, 2008, at San Diego, California, following
11 ordinary business practices.
12      I declare under penalty of perjury under the laws of the State of California
13 that the foregoing is true and correct.
14      Executed on July 1, 2008.

_____
Ada Meraz

1246.002/Proof.am

2

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

AMENDED CERTIFICATE OF SERVICE