**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ZOMAYAH                    v. ISEC                        No. 08-0593-BTM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.
                                Attorneys
        Plaintiffs                                        Defendants


The Settlement Disposition Conference set for July 2, 2008 at 4:00 p.m. is vacated.  Dismissal received.


DATED: July 2, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge