UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALFIRONIA

| | |
|---|---|
| JOSEPHINE R. ZOMAYAH,<br><br>    Plaintiff,<br><br>v.<br><br>ISEC, INCORPORATED,<br>an unknown business entity;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants | CASE NO. 08-0593-BTM (LSP)<br><br>**ORDER FOR DISMISSAL** |

    The parties, by their attorneys, having previously filed a joint request for dismissal, it is HEREBY ORDERED that this matter be dismissed.

Dated: July 3, 2008

                        Hon. Barry Ted Moskowitz
                        United States District Judge